**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Merrett C. Adams * Linda Wolfe POA                                   CHAPTER 13
                                Debtor(s)

                                                                                                BKY. NO. 16-70046 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of LSF9 Master Participation Trust and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
04 May 2021, 12:47:59, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 82b494b9549a835b1587a1c671a93b677ecbd5ddd0f247ce342d6760d63144fc