B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)

| | |
|---|---|
| IN RE: | Case No: 16-70046 |
| | Loan Number (Last 4): 7140 |
| Debtors: Merrett C Adams* Linda Wolfe POA | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| LSF9 Master Participation Trust | LSF9 Master Participation Trust |
| Serviced by Select Portfolio Servicing, Inc. | c/o Caliber Home Loans, Inc. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

| | |
|---|---|
| Court Claim # (if known): | 2 |
| Amount of Claim: | $55,711.86 |
| Date Claim Filed: | 06/15/2016 |
| Phone: 1-800-258-8602 | Last Four Digits of Acct #: 4908 |
| Last Four Digits of Acct #: 7140 | |

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 7140

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ John Shelley                              Date:   05/18/2021
      InfoEx, LLC, as authorized filing agent
      (Approved by: Michelle Enoch)

Specific Contact Information:

Michelle Enoch - Bankruptcy Supervisor

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.