# Notice Recipients

District/Off: 0315−7     User: lfin     Date Created: 5/19/2021
Case: 16−70046−JAD     Form ID: trc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
14796831    LSF9 Master Participation Trust    c/o Caliber Home Loans, Inc.    13801 Wireless Way    Oklahoma City, OK 73134

TOTAL: 1