**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Merrett C. Adams * Linda Wolfe POA aka Merrett C. Admas<br>　　　　　　　　　Debtor(s) | **DEFAULT O/E JAD** |
| MCLP Asset Company, Inc., its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　　　v.<br>Merrett C. Adams * Linda Wolfe POA aka Merrett C. Admas<br>Verna Jeans Adams<br>　　　　　　　　　Respondents<br>　　　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　Additional Respondents | BK. NO. 16-70046 JAD<br><br>CHAPTER 13<br><br>Related to Docket # 102 |

FILED
9/8/22 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 8th day of September, 2022, at Johnstown, upon Motion of MCLP Asset Company, Inc., its successors and/or assigns, it is

**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 658 Bethel Church Road, Marion Center, PA 15759 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

United States Bankruptcy Judge
Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-70046-JAD

Merrett C Adams* Linda Wolfe POA  
Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 2  
Date Rcvd: Sep 08, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

**Recip ID**     **Recipient Name and Address**  
db     + Merrett C Adams Linda Wolfe POA, 658 Bethel Church Road, Marion Center, PA 15759-8211

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Alexandra Teresa Garcia  
     on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com

Brian Nicholas  
     on behalf of Creditor MCLP Asset Company Inc. bnicholas@kmllawgroup.com

Brian Nicholas  
     on behalf of Creditor Select Portfolio Servicing Inc. bnicholas@kmllawgroup.com

Brian Nicholas  
     on behalf of Creditor LSF9 Master Participation Trust bnicholas@kmllawgroup.com

Celine P. DerKrikorian  
     on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com

Charles Griffin Wohlrab  
     on behalf of Creditor LSF9 Master Participation Trust cwohlrab@raslg.com

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Sep 08, 2022 | Form ID: pdf900 | Total Noticed: 1

Denise Carlon
    on behalf of Creditor MCLP Asset Company  Inc. dcarlon@kmllawgroup.com

Lawrence W. Willis
    on behalf of Debtor Merrett C Adams* Linda Wolfe POA ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor LSF9 Master Participation Trust smncina@rascrane.com

TOTAL: 11