**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 16-70046-JAD |
| Merrett C. Adams | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Doc # _____110_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | **FILED** |
| Movant(s) | ) | 3/23/23 10:25 am |
| vs. | ) | **CLERK** |
| Merrett C. Adams | ) | **U.S. BANKRUPTCY** |
| | ) | **COURT - WDPA** |
| Respondent(s) | ) | |

**ORDER**

AND NOW, this ___23rd___ day of ___March_____, **2023**, the
Court having considered the Chapter 13 Trustee's certification (or request) for dismissal,
and any responses thereto, the following relief (as reflected by the checked boxes below)
is **ORDERED, ADJUDGED and DECREED:**

☐    This case is **DISMISSED**, with prejudice.  The Debtor(s) is/are ineligible for
bankruptcy relief under any chapter for a period of 180 days from the date of this
Order.

☒    This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being
dismissed, then it is **FURTHER ORDERED** as follows:

A.    Each wage attachment issued in this case is now terminated.  So that each
employer knows to stop the wage attachment, the Debtor(s) shall
immediately serve a copy of this Order on each employer and file a proof
of service within 10 days of the date of this Order.

B.    This case is administratively closed.  However, the Court retains
jurisdiction over the Trustee's Report of Receipts and Disbursements and
Final Report and Account. Upon submission of UST Form 13-FR-S:
Chapter 13 Standing Trustee's Final Report and Account, the Trustee is
discharged from her duties in this case and this case will be closed without
further Order of Court.

C.    The Clerk shall give notice to all creditors of this dismissal.

D.    Any motion to reopen must be accompanied by the appropriate reopening
fee, equal to the filing fee for the appropriate chapter (less administrative

1

fee), together with the unpaid $_____ portion of the original filing fee.

E.      The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed.  This bankruptcy case no longer prevents collection efforts or lawsuits.  Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect.  Generally, a creditor's lawsuit must be filed by the later of:

    (1)      the time deadline provided by state law; or

    (2)      30 days after the date of this notice.

☐      This case is not dismissed.  The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective.

☐      This case is not dismissed at this time.  However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ _____ with / _____ without prejudice, without further notice or hearing.

☐

    Other:

BY THE COURT:

Dated:  __March 23, 2023_____

United States Bankruptcy Judge

Jeffery A. Deller

2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 16-70046-JAD

Merrett C Adams* Linda Wolfe POA                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 23, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Merrett C Adams Linda Wolfe POA, 658 Bethel Church Road, Marion Center, PA 15759-8211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023                                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor MCLP Asset Company  Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing  Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LSF9 Master Participation Trust bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com |
| Charles Griffin Wohlrab | on behalf of Creditor LSF9 Master Participation Trust cwohlrab@raslg.com |

District/off: 0315-7                          User: auto                          Page 2 of 2
Date Rcvd: Mar 23, 2023                       Form ID: pdf900                      Total Noticed: 1

Denise Carlon
                    on behalf of Creditor MCLP Asset Company  Inc. dcarlon@kmllawgroup.com

Lawrence W. Willis
                    on behalf of Debtor Merrett C Adams* Linda Wolfe POA ecf@westernpabankruptcy.com
                    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Sindi Mncina
                    on behalf of Creditor LSF9 Master Participation Trust smncina@rascrane.com


TOTAL: 11