**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MERRETT C ADAMS | Case No.:16-70046 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/26/2016 and confirmed on 08/16/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 44,266.12 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 44,266.12 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,364.77 | |
|    Trustee Fee | 2,104.75 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,469.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MCLP ASSET COMPANY INC | 10,940.50 | 10,940.50 | 0.00 | 10,940.50 |
|     Acct: 7410 | | | | |
|   MCLP ASSET COMPANY INC | 1,615.45 | 1,615.45 | 0.00 | 1,615.45 |
|     Acct: 7140 | | | | |
|   MCLP ASSET COMPANY INC | 21,821.58 | 21,821.58 | 0.00 | 21,821.58 |
|     Acct: 7140 | | | | |
|   MCLP ASSET COMPANY INC | 484.49 | 484.49 | 0.00 | 484.49 |
|     Acct: 7140 | | | | |
|   INDIANA COUNTY TAX CLAIM BUREAU | 340.12 | 230.33 | 43.36 | 273.69 |
|     Acct: 3130 | | | | |
|   INDIANA COUNTY TAX CLAIM BUREAU | 430.12 | 291.29 | 54.79 | 346.08 |
|     Acct: 2086 | | | | |
|   INDIANA COUNTY TAX CLAIM BUREAU | 385.06 | 260.78 | 49.03 | 309.81 |
|     Acct: 2085 | | | | |
| | | | | 35,791.60 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MERRETT C ADAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MERRETT C ADAMS | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 4,000.00 | 3,364.77 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX8-18 | | | | |
| LAWRENCE W WILLIS ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX0046 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| AMERICAN INFOSOURCE LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 402 | | | | |
| ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4055 | | | | |
| JOHN A LEFADHL FUNERAL HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN A LEFADHL FUNERAL HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PYOD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RJM ACQUISITIONS LLC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STELLAR RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1811 | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BENEFICIAL FINANCE/CDC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HSBC CONSUMER LENDING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HSBC MORTGAGE SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9679 | | | | |
| INDIANA COUNTY TAX CLAIM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2301 | | | | |
| INDIANA COUNTY TAX CLAIM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6123 | | | | |
| RENT A CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                           35,796.60

TOTAL CLAIMED
PRIORITY              5.00
SECURED          36,017.32
UNSECURED            0.00

Date: 08/07/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com